```
               UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

SARA L. HUTCHESON,            )
                              )
    Plaintiff,                )
                              )
   v.                         )    NO.  3:11-0650
                              )    Judge Haynes/Bryant
JAMES D. KERN, et al.,        )
                              )
    Defendants.               )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 5).

An initial case management conference is set for **Monday, August 8, 2011, at 9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 8, 2011.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge